NUMBER 13-03-448-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


JOSE ANTONIO ORTIZ FERNANDEZ, Appellant,


v.



FIRST BROWNSVILLE MONEY EXCHANGE, INC., ET AL., Appellees.

___________________________________________________________________


On appeal from the 138th District Court 


of Cameron County, Texas


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Hinojosa, Yanez, and Rodriguez


Opinion Per Curiam



 Appellant, JOSE ANTONIO ORTIZ FERNANDEZ, attempted to perfect an appeal
from a judgment entered by the 138th District Court of Cameron County, Texas, in
cause number 2002-06-2476-B. Judgment in this cause was signed on March 27,
2003. No timely motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1,
appellant's notice of appeal was due on April 26, 2003, but was not filed until June
20, 2003. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant. Appellees have
filed a motion to dismiss the appeal for lack of jurisdiction.

 The Court, having examined and fully considered the documents on file,
appellant's failure to timely perfect his appeal, appellant's failure to respond to this
Court's notice, and appellees' motion to dismiss, is of the opinion that the appeal
should be dismissed for want of jurisdiction. Appellees' motion to dismiss is
GRANTED, and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM



Opinion delivered and filed this

the 9th day of October, 2003.